People v Caba (2021 NY Slip Op 50981(U))

[*1]

People v Caba (Wilver)

2021 NY Slip Op 50981(U) [73 Misc 3d 132(A)]

Decided on October 20, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 20, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., McShan, Hagler, JJ.

570326/18

The People of the State of New York,
Respondent, 
against
Wilver Caba, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Jeffrey M. Zimmerman, J.), rendered April 18, 2018, upon his plea of guilty, convicting
him of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Jeffrey M. Zimmerman, J.), rendered April 18, 2018, reversed, on
the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the allegations in the accusatory instrument were jurisdictionally
insufficient to meet the elements of the charged misdemeanors of criminal possession of a forged
instrument in the third degree (see Penal Law § 170.20), and criminal possession of
a controlled substance in the seventh degree (see Penal Law § 220.03). Furthermore,
in view of the subsequent repeal of Penal Law § 221.05 (see CPL 160.50[5]), the
People concede that the remaining offense of unlawful possession of marijuana is properly
dismissed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 20, 2021